AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynn, Barbara M. | U.S.D.C.-No. District of Texas | 06/27/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Federal Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1572
Dallas, TX 75242

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 3. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Co-Trustee | ▨ Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Michael P. Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Texas at Austin | April 5-7, 2013 | Austin, TX | Review of Litigation Spring Banquet | Transportation, meals, hotel |
| 2. | American Inns of Court Foundation | May 16-17, 2013 | New Orleans, LA | American Inns of Court Symposium | Transportation, meals, hotel |
| 3. | ABA | June 13-16, 2013 | Newport, RI | Spring Leadership Meeting | Transportation, meals, hotel |
| 4. | Federal Circuit Bar Association | June 19-23, 2013 | Colorado Springs, CO | Federal Circuit Bar Association Bench and Bar | Transportation, meals, hotel |
| 5. | CEELI Institute | June 28-July 4, 2013 | Tunis, Tunisia | CEELI Institute | Transportation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M. | 06/27/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Colby College | August 22-25, 2013 | Portland, ME | Brody Award Selection Committee Meeting | Transportation, meals, hotel |
| 7. | The Sedona Conference | September 18-20, 2013 | Washington, DC | Sedona Conference Steering Committee Meeting | Transportation, meals, hotel |
| 8. | The Honorable Barbara M. G. Lynn American Inn of Court | October 19-20, 2013 | Washington, DC | American Inns of Court Celebration of Excellence | Transportation, meals, hotel |
| 9. | The University of Texas at Austin | October 31, 2013 | Austin, TX | UT's 19th Annual Advanced Patent Law Institute | Transportation, meals |
| 10. | Austin IP American Inn of Court | November 21-22, 2013 | Austin, TX | Austin IP Inn of Court Meeting | Transportation, meals, hotel |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Account #1 (includes 2-32) | | | | | | | | | |
| 2. -Vanguard Ext. Mkt Idx Adm | C | Dividend | N | T | Sold (part) | 12/23/13 | J | | |
| 3. -Vanguard Int Term TE Adm | F | Dividend | P1 | T | Redeemed (part) | 1/28/13 | J | | |
| 4. -Vanguard Int Term TE Adm | | | | | Redeemed (part) | 4/29/13 | J | | |
| 5. -Vanguard Int Term TE Adm | | | | | Redeemed (part) | 7/29/13 | J | | |
| 6. -Vanguard Int Term TE Adm | | | | | Redeemed (part) | 10/28/13 | J | | |
| 7. -Vanguard 500 Idx Adm | E | Dividend | O | T | Sold (part) | 6/21/13 | J | | |
| 8. -Vanguard 500 Idx Adm | | | | | Sold (part) | 9/20/13 | J | | |
| 9. -Vanguard 500 Idx Adm | | | | | Sold (part) | 12/23/13 | J | | |
| 10. -Vanguard Tax Managed Cap Ap Adm | D | Dividend | O | T | Sold (part) | 12/26/13 | J | | |
| 11. -Vanguard Ttl Int Stock Index Adm | E | Dividend | O | T | Sold (part) | 6/21/13 | J | | |
| 12. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 9/20/13 | J | | |
| 13. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/19/13 | J | | |
| 14. -Vanguard Ttl Stk Ix Adm | F | Dividend | P1 | T | Sold (part) | 6/21/13 | J | | |
| 15. -Vanguard Ttl Stk Ix Adm | | | | | Sold (part) | 9/20/13 | J | | |
| 16. -Vanguard Ttl Stk Ix Adm | | | | | Sold (part) | 12/19/13 | J | | |
| 17. -Vanguard Tax-Exempt Money Mkt | A | Dividend | | | Buy | 9/9/13 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Tax-Exempt Money Mkt | | | | | Sold | 9/10/13 | N | | |
| 19. -Vanguard Long Term TE Adm | D | Dividend | N | T | | | | | |
| 20. -Vanguard Ltd Term TE Adm | C | Dividend | O | T | Buy | 6/14/13 | M | | |
| 21. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 6/21/13 | J | | |
| 22. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 6/21/13 | J | | |
| 23. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 6/21/13 | K | | |
| 24. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 9/20/13 | J | | |
| 25. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 9/20/13 | J | | |
| 26. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 9/20/13 | K | | |
| 27. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 11/19/13 | M | | |
| 28. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/19/13 | J | | |
| 29. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/19/13 | K | | |
| 30. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/23/13 | J | | |
| 31. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/23/13 | J | | |
| 32. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/26/13 | J | | |
| 33. Vanguard Account #2 (includes 34-35) | | | | | | | | | |
| 34. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | Buy | 9/10/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Tax-Exempt Money Mkt | | | | | Sold (part) | 11/19/13 | N | | |
| 36. Vanguard Account #3 (includes 37-53) | | | | | | | | | |
| 37. -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | O | T | | | | | |
| 38. -Vanguard Int Term TE Adm | E | Dividend | O | T | Buy | 6/14/13 | M | | |
| 39. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 6/21/13 | J | | |
| 40. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 6/21/13 | J | | |
| 41. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 9/20/13 | J | | |
| 42. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 9/20/13 | J | | |
| 43. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 11/18/13 | M | | |
| 44. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/13 | J | | |
| 45. -Vanguard Ttl Stk Mkt Idx Adm | | | | | Buy (add'l) | 12/19/13 | J | | |
| 46. -Vanguard Ttl Stk Mkt Idx Adm | D | Dividend | O | T | Sold (part) | 6/21/13 | J | | |
| 47. -Vanguard Ttl Stk Mkt Idx Adm | | | | | Sold (part) | 9/20/13 | J | | |
| 48. -Vanguard Tax-Exempt Money Market | A | Dividend | | | Buy | 9/9/13 | N | | |
| 49. -Vanguard Tax-Exempt Money Market | | | | | Sold | 9/10/13 | N | | |
| 50. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 9/10/13 | N | | |
| 51. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 6/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 9/20/13 | J | | |
| 53. -Vanguard Ttl Int Stock Index Adm | C | Dividend | M | T | Sold (part) | 12/19/13 | J | | |
| 54. Vanguard Account #4 (includes 55-56) | | | | | | | | | |
| 55. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | Buy | 9/10/13 | N | | |
| 56. -Vanguard Tax-Exempt Money Mkt | | | | | Sold (part) | 11/18/13 | M | | |
| 57. Vanguard Account #5 (includes 58-63) | | | | | | | | | |
| 58. -Vanguard Tax Ex MM | A | Dividend | L | T | Buy | 6/13/13 | N | | |
| 59. -Vanguard Tax Ex MM | | | | | Sold (part) | 6/14/13 | M | | |
| 60. -Vanguard Tax Ex MM | | | | | Sold (part) | 6/14/13 | M | | |
| 61. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 9/6/13 | O | | |
| 62. -Vanguard Tax Ex MM | | | | | Sold (part) | 9/9/13 | N | | |
| 63. -Vanguard Tax Ex MM | | | | | Sold (part) | 9/9/13 | N | | |
| 64. Vanguard R/O IRA #1 (includes 65-67) | | | | | | | | | |
| 65. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 66. -Vanguard Ttl Bnd Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 67. -Vanguard ST Inv Grade Adm | D | Dividend | N | T | | | | | |
| 68. Vanguard IRA #1 (includes 69) | | | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Vanguard Total Bd Mkt Idx Adm | C | Dividend | L | T | | | | | |
| 70.   Trust #1 (includes 71-75) | | | | | | | | | |
| 71.   -Vanguard Int Term TE Adm | C | Dividend | M | T | Buy | 5/7/13 | J | | |
| 72.   -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 10/25/13 | J | | |
| 73.   -Vanguard Ttl Int Stock Index Adm | B | Dividend | K | T | | | | | |
| 74.   -Vanguard Ttl Stk Ix Adm | C | Dividend | M | T | | | | | |
| 75.   -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 76.   Trust #2 (includes 77-80) | | | | | | | | | |
| 77.   -Vanguard Ttl Intl Stock Ix Adm | D | Dividend | M | T | | | | | |
| 78.   -Vanguard Ttl Stock Ix Adm | D | Dividend | O | T | Buy | 5/7/13 | J | | |
| 79.   -Vanguard Ttl Stock Ix Adm | | | | | Buy (add'l) | 11/11/13 | J | | |
| 80.   -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 81.   Vanguard Trust #3 (includes 82-85) | | | | | | | | | |
| 82.   -Vanguard Prime Money Mkt Fund | A | Dividend | L | T | Sold (part) | 4/11/13 | J | | |
| 83.   -Vanguard Int Tax Ex Adm | B | Dividend | L | T | | | | | |
| 84.   -Vanguard Intl Stk Adm | A | Dividend | K | T | | | | | |
| 85.   -Vanguard Ttl Stk Ix Adm | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard SEP IRA #1 (includes 87) | | | | | | | | | |
| 87. -Vanguard Ttl Bnd Mkt Idx Adm | B | Dividend | L | T | | | | | |
| 88. Vanguard R/O IRA #1 (inlcudes 89-91) | | | | | | | | | |
| 89. -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 90. -Vanguard Ttl Bd Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 91. -Vanguard ST Inv Grd Adm | D | Dividend | M | T | | | | | |
| 92. Vanguard R/O IRA #2 (includes 93-96) | | | | | | | | | |
| 93. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | Buy | 4/1/13 | M | | |
| 94. -Vanguard ST Inv Grd Adm | D | Dividend | N | T | | | | | |
| 95. Vanguard IRA (includes 94) | | | | | | | | | |
| 96. -Vanguard Ttl Bnd Mkt Idx Adm | B | Dividend | L | T | | | | | |
| 97. Vanguard Trust #1 (includes 98-120) | | | | | | | | | |
| 98. -GM Accep Corp | A | Interest | J | T | | | | | |
| 99. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 100. -Vanguard LifeStrat Conserv Growth | A | Dividend | J | T | Buy | 2/20/13 | J | | |
| 101. -Vanguard LifeStrat Conserv Growth | | | | | Sold (part) | 5/14/13 | J | A | |
| 102. -Vanguard LifeStrat Conserv Growth | | | | | Buy (add'l) | 12/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -ING Prime Rate TR | A | Dividend | J | T | | | | | |
| 104. -Vanguard Tax Ex MM | A | Dividend | J | T | Buy | 1/11/13 | J | | |
| 105. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 2/25/13 | J | | |
| 106. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 3/22/13 | J | | |
| 107. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 3/25/13 | J | | |
| 108. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 4/22/13 | J | | |
| 109. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 5/22/13 | J | | |
| 110. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/3/13 | J | | |
| 111. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/24/13 | J | | |
| 112. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 7/22/13 | J | | |
| 113. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 8/22/13 | J | | |
| 114. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 9/23/13 | J | | |
| 115. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 9/26/13 | J | | |
| 116. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 10/22/13 | J | | |
| 117. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 11/22/13 | J | | |
| 118. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/2/13 | J | | |
| 119. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/23/13 | J | | |
| 121. Vanguard Trust #2 (includes 122-143) | | | | | | | | | |
| 122. -GM Accep Corp | A | Interest | J | T | | | | | |
| 123. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 124. -ING Prime Rate TR | A | Dividend | J | T | | | | | |
| 125. -Vanguard LifeStrat Mod Growth | B | Dividend | L | T | Buy | 12/13/13 | J | | |
| 126. -Vanguard Tax Ex MM | A | Dividend | K | T | Buy | 1/11/13 | J | | |
| 127. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 2/25/13 | J | | |
| 128. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 3/22/13 | J | | |
| 129. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 3/25/13 | J | | |
| 130. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 4/22/13 | J | | |
| 131. -Varnguard Tax Ex MM | | | | | Buy (add'l) | 5/22/13 | J | | |
| 132. -Vanguard Tax Ex MM | | | | | Sold (part) | 5/30/13 | J | | |
| 133. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/3/13 | J | | |
| 134. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 6/24/13 | J | | |
| 135. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 7/22/13 | J | | |
| 136. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 8/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 9/23/13 | J | | |
| 138.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 9/26/13 | J | | |
| 139.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 10/22/13 | J | | |
| 140.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 11/22/13 | J | | |
| 141.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/2/13 | J | | |
| 142.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/20/13 | J | | |
| 143.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/23/13 | J | | |
| 144.  Investments Ltd (includes 145-160) | | | | | | | | | |
| 145.  -Vanguard 500 Idx Adm | E | Dividend | P1 | T | Sold (part) | 6/21/13 | J | | |
| 146.  -Vanguard 500 Idx Adm | | | | | Sold (part) | 9/20/13 | J | | |
| 147.  -Vanguard 500 Idx Adm | | | | | Sold (part) | 12/23/13 | J | | |
| 148.  -Vanguard Int Term TE Adm | E | Dividend | O | T | Buy | 6/21/13 | J | | |
| 149.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 6/21/13 | K | | |
| 150.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 9/20/13 | J | | |
| 151.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 9/20/13 | J | | |
| 152.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/13 | K | | |
| 153.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/23/13 | J | | |
| 155. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/26/13 | K | | |
| 156. -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | Sold (part) | 12/26/13 | K | | |
| 157. -Vanguard Ttl Int Stock Index Adm | F | Dividend | P1 | T | Sold (part) | 6/21/13 | K | | |
| 158. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 9/20/13 | J | | |
| 159. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/19/13 | K | | |
| 160. -Vanguard Ltd Term Tax Ex Adm | E | Dividend | P1 | T | | | | | |
| 161. Management Ltd (includes 162) | | | | | | | | | |
| 162. -Prime Money Market | A | Dividend | J | T | | | | | |
| 163. 401k-LTPC Profit Sharing* | D | Dividend | L | T | | | | | |
| 164. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 165. JP Morgan Chase | A | Interest | J | T | | | | | |
| 166. Comerica | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 06/27/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year we had a very significant number of transactions. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544